**Motion Granted in Part and Order filed April 8, 2019**



In The

# Fourteenth Court of Appeals

—————————

## NO. 14-18-01115-CV

—————————

## IN THE INTEREST OF P.N.T., A CHILD

**On Appeal from the 313th District Court
Harris County, Texas
Trial Court Cause No. 2017-04069J**

## ORDER

This is an appeal from a judgment in a suit in which termination of the parent-child relationship was at issue. The appellants are K.L.M. (Mother), C.W.T. (Father), and C.T. and F.T. (Intervenors). Mother and Father have both filed briefs.

Intervenors were initially represented by counsel, and their brief was originally due February 25, 2019. Their counsel filed a motion to withdraw and requested a 30-day extension for the intervenors to file their brief. We granted the motion, and Intervenors' brief was due March 28, 2019. On March 25, 2019, Intervenors filed a pro se motion for a 30-day extension to file their brief. We granted their motion in part until April 5, 2019 and noted no further extensions would be

granted absent exceptional circumstances.

On April 5, 2019, attorney William Connolly filed a notice of appearance on behalf of Intervenors as well as a motion to extend time to file their brief until April 22, 2019. He asserts portions of the record need to be supplemented.

Appeals in parental termination cases are to be brought to final disposition within 180 days of the date the notice of appeal is filed. See Tex. R. Jud. Admin. 6.2(a) (effective May 1, 2012). This accelerated schedule requires greater compliance with briefing deadlines.

We **GRANT IN PART** Intervenors' motion to extend time until **April 15, 2019**. **No further extensions will be granted**.

If any party needs to rely on a trial court document that is part of the record below that is not yet part of the clerk's record on appeal, the party should include a copy of the document in the appendix to their brief, with a notation that the official document has been requested from the clerk.

**If Intervenors do not file a brief on or before April 15, 2019, we will dismiss their appeal for want of prosecution or take other appropriate action under Texas Rule of Appellate Procedure 38.8(a).** *See* Tex. R. App. P. 38.8(a).


PER CURIAM


Panel Consists of Justices Christopher, Bourliot, and Zimmerer